BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DEL REAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE; and DOES 1 through 20,<br><br>    Defendants. | CASE NO.  1:15-cv-01911 --- SMS<br><br>**STIPULATION TO SUBSTITUTE THE UNITED STATES OF AMERICA INTO THE CASE IN PLACE OF THE UNITED STATES POSTAL SERVICE AND TO DISMISS DOE DEFENDANTS FROM PLAINTIFF'S COMPLAINT; ORDER** |

The parties to this action hereby stipulate and agree that the United States of America shall be substituted into this action as defendant in place of the United States Postal Service, and that Does 1-20

///
///
///
///
///
///
///
///
///

Stipulation To Substitute US For USPS And To Dismiss Doe Defendants From Complaint

1

shall be dismissed from this action with prejudice, leaving the United States of America as the sole defendant on the complaint.

DATED:  December 28, 2015           BENJAMIN B. WAGNER
                                    United States Attorney


                                    */s/ Lynn Trinka Ernce*
                                    LYNN TRINKA ERNCE
                                    Assistant United States Attorney


DATED:  December 29, 2015           HABBAS, NASSERI & ASSOCIATES


                                    /s/ Michael A. Horowitz
                                    MICHAEL A. HOROWITZ
                                    Attorneys for Plaintiff


                                ORDER

IT IS SO ORDERED.

   Dated:   **December 30, 2015**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation To Substitute US For USPS And To          2
Dismiss Doe Defendants From Complaint