

FILED
AUG 17 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DEL REAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 1:15-cv-01911 SMS<br><br>**STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION; ORDER**<br><br>[FED. R. CIV. P. 35] |

The parties stipulate that, pursuant to Rule 35 of the Federal Rules of Civil Procedure, plaintiff will submit to an independent medical examination at a place and time that is agreed to by the parties.

DATED: August 3, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: _____
LYNN TRINKA ERNCE
Assistant United States Attorney

HABBAS & ASSOCIATES

DATED: August 9, 2016

By: _____
MICHAEL A. HOROWITZ
Attorneys for Plaintiff

**IT IS SO ORDERED**

DATED: August 17, 2016

_____
SANDRA M. SNYDER
United States Magistrate Judge

STIPULATION FOR INDEPENDENT MEDICAL
EXAMINATION; ORDER

1