# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DEL REAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01911-SAB<br><br>ORDER VACATING SCHEDULING ORDER AND CONTINUING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

On April 21, 2017, Defendant United States of America filed a motion for summary judgment which is set for hearing on May 24, 2017 before the undersigned. On May 9, 2017, Defendant notified the Court of the death of Plaintiff's counsel. An informal teleconference was held on May 9, 2017 to discuss the status of the pending motion to dismiss. Jeff Rickard appeared for Plaintiff and Lynn Ernce appeared for Defendant.

Based on the discussion at the May 9, 2017 conference, IT IS HEREBY ORDERED that:

1. All remaining dates in the scheduling order are VACATED;
2. Plaintiff shall file an opposition to Defendant's motion to dismiss on or before August 16, 2017;
3. Defendant's reply, if any, shall be filed on or before August 30, 2017;
4. The hearing on Defendant's motion to dismiss shall be continued to September 6, 2017, at 10:00 a.m. in Courtroom 9; and

1

5. A further trial setting conference shall be held after the order issues addressing Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: __**May 9, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE

2