# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DEL REAL,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants. | Case No. 1:15-cv-01911-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 32) |

On June 26, 2017, Defendant United States of America filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees. (ECF No. 32.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). It is FURTHER ORDERED that all pending dates and matters in this action are VACATED.

IT IS SO ORDERED.

Dated: __**June 27, 2017**__

UNITED STATES MAGISTRATE JUDGE

1